UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE SCIVOLETTI and<br>MARYANNE SCIVOLETTI,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>　　　　　　Defendants. | Case No.: 3:10-cv-01778<br><br>CIVIL ACTION<br><br><br><br>NOTICE OF DISMISSAL OF<br>DEFENDANT MICHAEL PUGLIESI<br>ONLY |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**COME NOW** the Plaintiffs in this Civil Action, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure and voluntarily dismiss this action., without prejudice, against Defendant Michael Pugliesi only.

　　　　　　　　　　　　　　　　　　　　KIRSTEN B. ENNIS, LLC
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Date: May 20, 2011　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Kirsten B. Ennis, Esq.

## CERTIFICATION OF SERVICE

I certify that on May 31, 2011 I sent a copy of the Notice of Request for Voluntary Dismissal of Michael Pugliegsi with to the following parties by U.S.P.S. first class regular mail:

Joseph Kelleher
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355

      I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: May 31, 2011

KIRSTEN B. ENNIS, LLC
Attorneys for Plaintiffs

BY: _____

Mark Bohn paralegal for
Kirsten B. Ennis, Esquire