UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GEORGE SCIVOLETTI, et ux.,

    Plaintiffs,

v.

JPMORGAN CHASE BANK, N.A., et al.,

    Defendants.

Civil Action No. 3:10-cv-01778

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, George Scivoletti and Maryanne Scivoletti, and Defendants, JPMorgan Chase Bank, N.A., U.S. Bank, National Association, and Jason Ferrante, by and through their undersigned counsel, hereby STIPULATE that the above-captioned action is DISMISSED without prejudice, with each party to bear its own costs.

Kirsten B. Ennis, Esquire
Law Office of Kirsten B. Ennis, LLC
92 E. Main Street, Suite 497
Somerville, NJ 08876

*Attorney for Plaintiffs,*
*George Scivoletti and*
*Maryanne Scivoletti*

Dated: 1-13-12

Andrew K. Stutzman
Joseph T. Kelleher
Stradley, Ronon, Stevens & Young, LLP
LibertyView
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002

*Attorneys for Defendants,*
*JPMorgan Chase Bank, N.A.,*
*U.S. Bank, National Association, and*
*Jason Ferrante*

Dated: 1/12/2012